UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY M. LABATE,<br>Defendants. | Case No. 26-mj-70973-MAG-1 (TSH)<br><br>Charging District:<br>Southern District of Florida<br>Charging District's Case No.:<br>26-mj-8574-BER |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: | Courtroom No.: |
|---|---|
| Alto Lee Adams, Sr. U.S. Courthouse,<br>101 South U.S. Highway 1<br>Fort Pierce, Florida 34950 | Date and Time: August 17, 2026 10:00 a.m. |

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: August 6, 2026

Thomas S. Hixson
United States Magistrate Judge