Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

*Attorneys for Defendant Anthony Lebate*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY M. LABATE,<br>Defendant. | Case No. 3:26-mj-70973-MAG<br><br>**[~~PROPOSED~~] RELEASE ORDER** |

It is hereby ORDERED that defendant Anthony Labate is to be released from the custody of the U.S. Marshals.

DATED: August 6, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge